# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW MCSHANE | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 3:21-01396 |
| v. | : | |
| | : | |
| AGENTS FOR INTERNATIONAL MONETARY | : | MAG. JUDGE MARTIN C. |
| FUND INTERNAL REVENUE SERVICE et al. | : | CARLSON |
| | : | |
| | : | |
| *Defendants* | : | ***ELECTRONICALLY FILED*** |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE SAID COURT:**

Kindly enter my appearance on behalf of Defendant, Geoff Moulton, in the above-captioned case.

/s/Caroline Liebenguth
**CAROLINE LIEBENGUTH, ESQUIRE**
Attorney I.D. No. 37572
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486
LEAD ATTORNEY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW MCSHANE | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 3:21-01396 |
| v. | : | |
| | : | |
| AGENTS FOR INTERNATIONAL MONETARY | : | MAG. JUDGE MARTIN C. |
| FUND INTERNAL REVENUE SERVICE et al. | : | CARLSON |
| | : | |
| | : | |
| *Defendants* | : | ***ELECTRONICALLY FILED*** |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 8, 2021, she personally caused to be served upon the following a true and correct copy of the foregoing *Entry of Appearance*, by mailing same first class, postage pre-paid, U.S. mail to:

**Matthew McShane**
Prisoner of Freedom Ministry Trust
PO Box 11
Effort, PA 18330
*Pro Se Plaintiff*


/s/Caroline Liebenguth
**CAROLINE LIEBENGUTH, ESQUIRE**
Attorney I.D. No. 37572
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486
LEAD ATTORNEY
*Attorney for Geoff Moulton*